IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, *ex rel.*<br>Moldex-Metric, Inc.,<br><br>   Plaintiffs,<br><br>   v.<br><br>3M Company<br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civ. No.: 3:16-cv-01533-DCC<br><br><br>**FILED *EX PARTE***<br>**<u>AND UNDER SEAL</u>** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the United States and Relator Moldex-Metric, Inc., ("Relator") hereby notify the Court of the voluntary dismissal of all claims in this action as set forth below.

In accordance with, and subject to, the terms of the attached Settlement Agreement among the United States, Relator, and Defendant 3M Company, executed on July 23, 2018, the United States dismisses with prejudice the Covered Conduct as identified in Paragraph C of the Settlement Agreement.  The Relator dismisses this action with prejudice as to all claims included in Relator's Complaint.

A proposed Order reflecting the relief requested is being provided to the Court.

[SIGNATURE BLOCK ON FOLOWING PAGE]

Respectfully submitted,

SHERRI A. LYDON
United States Attorney

By:    s/ Stanley D. Ragsdale
       Stanley D. Ragsdale (Fed. I.D. #3197)

       s/Brook B. Andrews
       Brook B. Andrews (Fed. I.D. #10231)
       Assistant United States Attorneys
       1441 Main Street, Suite 500
       Columbia, S.C. 29201
       Telephone (803) 929-3078
       *Attorneys for the United States of America*

July 25, 2018

By:    s/ James M. Griffin
       James M. Griffin (Fed. I.D. #1053)
       Griffin | Davis
       1116 Blanding Street
       P.O. Box 999 (29202)
       Columbia, SC 29201
       jgriffin@griffindavislaw.com

       *Attorney for Moldex-Metric, Inc.*

July 23, 2018